## ATTACHMENT A

The property to be searched is a black ZTE wireless telephone Model Number Z936L Serial Number GPZEZ936CB ("**Device 1**").  **Device 1** is currently located at Columbia Police Department Evidence/Property Unit (715 Bluff Road, Columbia, South Carolina, 29201). The warrant authorizes the forensic examination of **Device 1**, for the purpose of identifying electronically stored data particularly described in Attachment B.