## ATTACHMENT B

*Property to be seized*

1. All information that constitutes evidence and instrumentalities of violations of Title 18, United States Code, Section 2339B(a)(1), involving Haught, including:

    a. Records relating to who created, used, or communicated with social media accounts, including records about their identities and whereabouts.

    b. Communications, and other information/records/data, regarding the conduct or incitement of violent jihad and/or the conduct of violence or attacks in the United States, against its citizens, and/or its interests.

    c. Communications, and other information/records/data regarding recruitment/membership in/provision of support for ISIS or any other foreign terrorist organization.

    d. Communications, and other information/records/data regarding the production or distribution of propaganda or recruitment materials, including documents, video or audio recordings, for, at the direction of, or on behalf of ISIS or any other foreign terrorist organization.

    e. Communications, and other information/records/data regarding planning, incitement of, support for, or advocacy of terrorist acts in the United States or any throughout the world.

    f. Communications with or about any actual, apparent, or purported members of ISIS or other foreign terrorist organizations.

g. Photographs, videos, tweets, retweets, direct messages, searches, IP logs, follower requests, activity logs, communications, messages, or records pertaining to any of the above matters described in items (b) through (h).

h. evidence of who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

i. evidence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

j. evidence of the lack of such malicious software;

k. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

l. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

m. evidence of the attachment to the device of other storage devices or similar containers for electronic evidence;

n. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the device;

o. evidence of the times the device was used;

p. passwords, encryption keys, and other access devices that may be necessary to access the device;

q. documentation and manuals that may be necessary to access the device or to conduct a forensic examination of the device;

r. records of or information about Internet Protocol addresses used by the device;

s. records of or information about the device's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

t. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of electronic storage.

The search for evidence is limited to information stored/recorded on the device and may not extend to remotely accessing the internet, websites, or cloud-based storage.

**Segregation and Sealing Protocol**: For **Device 1**, government-authorized persons will review that information to inspect, analyze, and locate the items described in Attachment B. Agents will then segregate and seal, until further order of the Court, all information that was not lawfully seized as part of that review.

